IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SARAH BROCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-00126 |
| v. ) | Senior Judge Haynes |
| ) | |
| G4S SECURE SOLUTIONS (USA), INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Initial Case Management Conference previously set in this action for Friday, February 13, 2015 at 2:30 p.m. is reset for **Friday, February 13, 2015 at 2:00 p.m.** in the United States Courthouse in Nashville, TN.

It is so **ORDERED**.

ENTERED this the 21st day of January, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge